FILED
CHARLOTTE, NC

AUG 2 0 2015

US District Court
Western District of NC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. NO. 3:15 MC 157

IN RE: ADVISORY COMMITTEE ON LOCAL RULES

## ORDER

THIS MATTER is before the Court on its own motion for the appointment of an
Advisory Committee on Local Rules pursuant U.S.C. 28 § 2077 and Rule 83 of the Federal Rules
of Civil Procedure for the study of the rules of practice of this court and to assist and advise the
court on amendments to the Local Rules.

THEREFORE, the court hereby appoints the following persons to the
Advisory Committee on Local Rules whose shall serve at the pleasure of the court.

Honorable Sharon T. Barrett
Special Superior Court Judge
60 Court Plaza
Asheville, NC 28801
828-768-5124                              STBarrettresolutions.com

Jennifer Braccia                          jenniferbraccia@mvalaw.com
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704-331-2394

David K. Davis                                    David_Davis@ncwd.uscourts.gov
United States District Court
Western District of North Carolina
100 Otis Street
Room 302
Asheville, NC 28801
828-771-7242

Forrest A. Ferrell                                Forrest.ferrell@sigmonclark.com
Sigmon, Clark, Mackie, Hutton, Hanvey
420 Third Avenue, N.W.
P O Drawer 1470
Hickory, NC 28603
828-328-2596

Chris Fialko
Rudolf, Widenhouse and Fialko
225 East Worthington
Suite 200
Charlotte, NC  28203                              cfialko@rwf-law.com
704-333-9945

Rick Glaser                                       rickglaser@parkerpoe.com
Parker, Poe, Adams and Bernstein
Three Wells Fargo Center
401 S. Tryon Street
Suite 3000
Charlotte, NC 28202
704-335-9531

Frank G. Johns, Clerk                         frank_johns@ncwd.uscourts.gov
United States District Court
Western District of North Carolina
401 West Trade Street
Room 210
Charlotte, NC   28202
704-350-7413

Honorable David C. Keesler, Chair             David_Keesler@ncwd.uscourts.gov
United States Magistrate Judge
Western District of North Carolina
401 W Trade Street
Room 238
Charlotte, NC 28202
704-350-7430

Jack M. Knight, Jr.                           jknight@winston.com
Winston and Strawn, LLP
100 N. Tryon Street
29th Floor
Charlotte, NC 28202
704-350-7708

Lance A. Lawson                               llawson@myersbigel.com
Myers Bigel Sibley & Sajovec
15105-D John J. Delaney Drive
Suite 1
Charlotte, NC 28277
704-819-3111

Patricia W. Magee
United States District Court
Western District of North Carolina
401 West Trade Street
Room 195
Charlotte, NC 28202                    tricia_magee@ncwd.uscourts.gov
704-350-7480

Clifford C. Marshall, Jr.                    cmarshall@mrglawfirm.com
Marshall & Roth, PC
90 Southside Avenue
Suite 150
Asheville, NC 28801
828-281-2100

Carleton W. Metcalf
The Van Winkle Law Firm
P.O. Box 7376
Asheville, NC 28802                    cmetcalf@vwlawfirm.com
828-258-2991

D. Christopher Osborn                    cosborn@charlottelaw.edu
Horack Talley PA
301 S. College Street
Suite 2600
Charlotte, NC 28202
704-377-2500

E. Fitzgerald Parnell, III                    parnell@poynerspruill.com
Poyner & Spruill, LLP
301 South College Street
Suite 2300
Charlotte, NC 28202
704-342-5250

Ross Richardson                         Ross_Richardson@fd.org
Chief Federal Defender
Federal Defenders of Western North Carolina, Inc.
401 West Trade Street
Suite 206
Charlotte, NC 28202
704-374-0720


Lori M. Ritter
United States District Court            lori_ritter@ncwd.uscourts.gov
Western District of North Carolina
100 Otis Street, Suite 200
Asheville, NC 28801-2611
828-771-7264


Susan Rodriguez                         srodriguez@mcguirewoods.com
McGuire Woods
201 N. Tryon Street
Suite 3000
Charlotte, NC 28202
704-343-2303

Jill Rose                               Jill.Rose@usdoj.gov
Office of the United States Attorney
Western District of North Carolina
227 W Trade Street
Suite 1650
Charlotte, NC 28202
704-338-3105

5

Timika Shafeek-Horton                    Timika.Shafeek-Horton@duke-energy.com
Deputy General Counsel
Duke Energy
550 South Tryon Street
Charlotte, NC 28202
704-382-6373


Andrew Dustin Taylor
United States District Court
Western District of North Carolina
401 West Trade Street
Room 238
Charlotte, North Carolina                    dustin_taylor@ncwd.uscourts.gov
704-350-7430


Samuel B. Winthrop
112 Court Street
PO Box 964
Statesville, NC 28677                    swinthrop@bellsouth.net
704-872-9544


Jennifer A. Youngs
Mullen, Holland, and Cooper
301 S. York Street                    JYoungs@mhc-law.com
P.O. Box 488
Gastonia, NC 28053
704-864-6751

The Clerk of Court is directed to serve copies of this Order to the Chief Judge of the Fourth Circuit, the United States Attorney, to all active and senior United States District Court Judges, Magistrate Judges and Bankruptcy Judges for the Western District of North Carolina and all parties to the Order.

**IT IS SO ORDERED** this _10_ day of August, 2015.

Frank D. Whitney, Chief
United States District Court Judge

Max O. Cogburn, Jr.
United States District Court Judge

Robert J. Conrad, Jr.
United States District Court Judge

Martin Reidinger
United States District Court Judge

Richard L. Voorhees
United States District Court Judge

Graham C. Mullen, Senior
United States District Court Judge